IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RICHARD MOORE, Individually and on**              **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                      No. 4:21-cv-1156-BRW

**TRANSCO LINES, INC.**              **DEFENDANT**

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff Richard Moore ("Plaintiff") and Defendant Transco Lines, Inc. ("Defendant"), by and through their undersigned counsel, hereby submit the following for their Joint Motion to Dismiss with Prejudice:

1. Plaintiff brought this action against Defendant alleging violations of the overtime provisions of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, et seq., and the Arkansas Minimum Wage Act, Ark. Code Ann. § 11-4-201, et seq. ("AMWA").

2. After arm's length negotiations in which Plaintiff and Defendant were represented by counsel, Plaintiff and Defendant reached an agreement that resolved all claims in this lawsuit other than the issue of attorneys' fees and costs, which was subsequently approved by the Court. *See* ECF Nos. 15 & 17.

3. Plaintiff then filed a Motion for Attorneys' Fees, which was partially approved by the Court. *See* ECF Nos. 19, 20, & 24.

4. There is no longer an active controversy in this case and the Parties request that the Court dismiss this matter with prejudice pursuant to Rule 41(a)(1)(A)(ii), which allows a case to be dismissed by stipulation if signed by all parties who have appeared.

Respectfully submitted,

**PLAINTIFF RICHARD MOORE**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Center Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

and   **DEFENDANT TRANSCO LINES, INC.**

CONNER & WINTERS, LLP
4375 North Vantage Drive, Suite 405
Fayetteville, Arkansas 72703
Telephone: (479) 582-5711

Kerri E. Kobbeman
Ark. Bar No. 2008149
kkobbeman@cwlaw.com

SCOPELITIS GARVIN LIGHT HANSON
& FEARY, P.C.
10 West Market Street, Suite 1400
Indianapolis, Indiana 46204
Telephone: (317) 637-1777

A. Jack Finklea, admitted *pro hac vice*
jfinklea@scopelitis.com

330 East Kilburn Avenue, Suite 827
Milwaukee, Wisconsin 53202
Telephone: (414) 219-8500

*/s/ Andrew R. Brehm*
Andrew R. Brehm, admitted *pro hac vice*
abrehm@scopelitis.com